IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CT-3071-D

FILED IN OPEN COURT
ON 3/3/17
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| JOHNNY CALVIN OLLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **VERDICT FORM** |
| | ) | |
| TIFFINEY HARPER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

We the jury unanimously answer the issues as follows:

ISSUE 1

1. Was defendant Tiffiney Harper deliberately indifferent to plaintiff Johnny Ollis's serious dental need following his dental visit on July 31, 2012?

ANSWER: _____ Yes ✓ No

If you answered "No" to Issue 1, the case is over. The foreperson should date and sign the verdict form.

If you answered "Yes" to Issue 1, answer Issues 2 and 3.

ISSUE 2

2. What amount of compensatory damages, if any, is plaintiff Johnny Ollis entitled to recover for personal injury from defendant Tiffiney Harper?

$ ________________________.

## ISSUE 3

3. If the jury unanimously has decided to award punitive damages to plaintiff Johnny Ollis from defendant Tiffiney Harper, what amount of punitive damages, if any, does the jury unanimously award plaintiff Johnny Ollis from defendant Tiffiney Harper?

$ ________________________.

These are our unanimous answers. So say we all. This 3 day of March 2017.

Signature of Foreperson

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.