UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHNNY CALVIN OLLIS, )
        Plaintiff, )
         ) **JUDGMENT IN A CIVIL CASE**
V. ) **CASE NO. 5:14-ct-3071-D**
         )
TIFFINEY HARPER, MICHAEL )
HARDEE, and ROLAND WORRELL, )
        Defendants. )

**Decision by Court and Jury.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant Worrell and Hardee's motion for summary judgment [D.E. 50], GRANTS IN PART defendant Harper's motion for summary judgment [D.E. 46], and DISMISSES all claims and defendants except plaintiff's claim for deliberate indifference to a serious medical need against defendant Harper in her individual capacity.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendant Tiffiney Harper was not deliberately indifferent to plaintiff Johnny Ollis's serious dental need following his dental visit on July 31, 2012.

**This Judgment Filed and Entered on March 3, 2017, and Copies To:**

| | |
|---|---|
| Elizabeth Guild Simpson | (via CM/ECF electronic notification) |
| Michele R. Luecking-Sunman | (via CM/ECF electronic notification) |
| Kenneth Jones | (via CM/ECF electronic notification) |
| Joesphe Finarelli | (via CM/ECF electronic notification) |

DATE:                           JULIE RICHARDS JOHNSTON, CLERK

March 3, 2017                (By) /s/ Nicole Briggeman
                                           Deputy Clerk